ceeding by the People of the State of New York against Abraham Borsuch. I. S. Dorf, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DALE, Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Proceeding by the People of the State of New York against Mary Dale. R. J. Haire, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. DUNN. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against John Dunn. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. GANGI. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Proceeding by the People of the State of New York against Giovanni Gangi. C. E. Le Barbier, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed. See, also, 118 N. Y. Supp. 1132.

PEOPLE v. GREENBAUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against William Greenbaum. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. LEAMAN. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against Agnes Leaman. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. MACHIENSKI, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York against Thomas Machienski. L. B. Cohen, for appellant. W. J. Millard, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against Richard Moore. No opinion. Motion granted, as stated in order. Order filed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1143; 118 N. Y. Supp. 1131; 120 N. Y. Supp. 1140.

PEOPLE, Respondent, v. NECERA, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Proceeding by the People of the State of New York against Gerardo Necera. PER CURIAM. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, on the ground that we deem the evidence of corroboration insufficient.

RICH, J., dissents.

PEOPLE v. ONG SING et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against Ong Sing and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. PARNAGEON et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York against Rene Parnageon and Emil Bartolicius. A. Knox, for appellant. R. C. Taylor, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE v. REISS. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against Emil Reiss. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. SOKOLOWSKI. (Supreme Court, Appellate Division, First Department. February 25, 1910.) Proceeding by the People of the State of New York against Anton Sokolowski. No opinion. Motion granted, unless appellant procure the record on appeal and appellant's points to be filed, so that the appeal can be argued on or before the 12th day of April, 1910. Order filed.

PEOPLE, Respondent, v. WADE, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Proceeding by the People of the State of New York against George W. Wade. L. D. Gibbs, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE ex rel. ASTORIA LIGHT, HEAT & POWER CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Astoria Light, Heat & Power Company, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with disbursements.

PEOPLE ex rel. BLOOD, Appellant, v. HAFFA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of Frank